FILED

AUG - 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | **5:24 CR 00278** |
| v. | ) ) | CASE NO. |
| THOMAS CHASTAIN, | ) ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) |
| Defendant. | ) ) | |

## COUNT 1
(Distribution and Possession with Intent to Distribute a Controlled Substance Analogue,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about August 12, 2019, in the Northern District of Ohio, Eastern Division, the defendant THOMAS CHASTAIN did knowingly, and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of 4-Acetoxy-DMT, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

2. The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offense, Defendant THOMAS CHASTAIN shall forfeit to the United States, any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the offense charged herein; and

any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.